IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON FRANCIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br>Defendant. | Case No. 1:24-cv-05927<br><br># ORDER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sharon Francis hereby give notice that this action is voluntarily dismissed without prejudice.

Dated: October 1, 2024

Respectfully Submitted,

*/s/ Bryan L. Clobes*
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com

*Attorney for Plaintiff*

**So Ordered.**

*/s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: October 2, 2024**

1